741 A.2d 180

Andrew HINSON, Appellant,

v.

COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Jennifer L. Hendricks, Record Coordinator, Sci–Frackville, Appellees.

No. 111 Middle District Appeal Docket 1998.

Supreme Court of Pennsylvania.

Oct. 7, 1999.

JURISDICTIONAL REVIEW

## ORDER

PER CURIAM:

**AND NOW**, this **7th** day of **October 1999**, the direct appeal is quashed; the matter is treated as a petition for allowance of appeal and denied.